IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CARLOS RODRIGUEZ,<br>  Plaintiff | § § § | |
| VS | § § | **CIVIL ACTION NO.** _____ |
| GURDEEP SINGH and 7013990 CANADA<br>INC. d/b/a TRANS 99 LOGISTICS,<br>  Defendants | § § § § | JURY REQUESTED |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW GURDEEP SINGH and 7013990 CANADA INC. d/b/a TRANS 99 LOGISTICS, Defendants in the above entitled and numbered cause, and file this Notice of Removal of the present cause from the 341st Judicial District Court of Webb County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Laredo Division, showing the Court as follows:

1. This cause was commenced in the 341st Judicial District Court of Webb County, Texas, on August 31, 2021, when Plaintiff's Original Petition was filed in Cause Number 2021CVA001691-D3, naming Gurdeep Singh and 7013990 Canada Inc. d/b/a Trans 99 Logistics as defendants. A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes to this Notice of Removal.

2. Defendant Gurdeep Singh has not been served with process in this lawsuit.

3. Because 7013990 Canada Inc. d/b/a Trans 99 Logistics is a foreign corporation, it was served by serving its statutory agent for process, Trucker's Nationwide, Inc. on September 17,

2021. A copy of the Citation served on Defendant indicating date of service on the statutory agent is attached hereto and incorporated herein for all purposes.

4. However, Defendant 7013990 Canada Inc. d/b/a Trans 99 Logistics was not served with a copy of the Citation and Petition by its statutory agent until September 30, 2021. A copy of the transmittal letter with the Citation and Petition is attached here and incorporated herein for all purposes. Defendant would further show that the 30 day deadline to remove did not begin to run when its statutory agent was served, but in fact began to run when Defendant actually received the Citation and Petition. *See, Elliott v. American States Insurance Company*, 883 F.3d 384, 390, 392 (4th Cir. 2018); *Anderson v. State Farm Mutual Automobile Insurance Company*, 917 F.3d 1126, 1127 (9th Cir. 2019). Therefore, this removal is filed within 30 days of service on the first-served defendant.

5. Plaintiff filed this civil action, alleging causes of action for negligence and negligent retention and supervision. Defendants filed a responsive pleading in State Court on October 28, 2021, a copy of which is attached hereto and incorporated herein for all purposes.

6. Plaintiff alleges in Plaintiff's Original Petition that Plaintiff Carlos Rodriguez is an individual residing in Webb County, Texas. Plaintiff is, therefore, a citizen of the State of Texas.

7. Currently, and at all times relevant to this lawsuit, Defendant Gurdeep Singh is an individual residing in Kitchener, Ontario, Canada. Defendant Singh is, therefore, a citizen of the Country of Canada, but is not a citizen of Texas or the United States.

8. Currently, and at all times relevant to this lawsuit, Defendant 7013990 Canada Inc. d/b/a Trans 99 Logistics is a foreign corporation organized in the Country of Canada, with its principal office in Ontario, Canada. Defendant 7013990 Canada Inc. d/b/a Trans 99 Logistics is, therefore, a citizen of the Country of Canada, but is not a citizen of Texas or the United States.

9. Complete diversity of citizenship exists between the adverse parties in the present cause for the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441.

10. In Paragraph 1.1 of Plaintiff's Original Petition, Plaintiff seeks monetary damages in an amount of $250,000 or less. Additionally, Plaintiff has apparently made a demand on Defendants in an amount in excess of $75,000. Therefore, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

11. This action is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code §§ 1332 and 1441(a) in that it is a civil action between completely diverse parties and that amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

12. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of the service of Plaintiff's Original Petition on the first-served defendant and within one year of the initial filing of the lawsuit.

13. Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendants to Plaintiff has been provided as required by law. A copy of this Notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

14. Defendants hereby request a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendants pray for removal of the above entitled and numbered cause from the 341st Judicial District Court of Webb County, Texas to this Honorable Court.

Respectfully submitted,

By:    */s/  Marjory C. Batsell*
       Norton A. Colvin, Jr.
Attorney-in-Charge
Texas Bar No. 04632100
Southern District Admissions No. 1941
Email:  na.colvin@rcclaw.com
       Marjory C. Batsell
Texas Bar No. 04631400
Southern District Admissions No. 3983
Email:  mc.batsell@rcclaw.com

OF COUNSEL:

COLVIN, SAENZ, RODRIGUEZ & KENNAMER, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
956-542-7441
Fax 956-541-2170

ATTORNEYS FOR DEFENDANTS GURDEEP SINGH AND 7013990 CANADA INC D/B/A TRANS 99 LOGISTICS

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Removal was served upon all counsel of record, to-wit:

> Jorge A. Green
> Email: jorge@thegreenlawfirm.com
> Leticia Garza
> Email: lety@thegreenlawfirm.com
> David M. Roerig
> Email: david@thegreenlawfirm.com
> The Green Law Firm, PC
> 34 S. Coria Street
> Brownsville, Texas 78520
> Attorneys for Plaintiff

by ECF delivery, electronic transmission, certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 29th day of October, 2021.

                                                          */s/  Marjory C. Batsell*
                                                             Marjory C. Batsell