IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CARLOS RODRIGUEZ,<br>    Plaintiff | § § § | |
| VS | § § | **CIVIL ACTION NO. 5:21-CV-00143** |
| GURDEEP SINGH and 7013990 CANADA INC. d/b/a TRANS 99 LOGISTICS,<br>    Defendants | § § § § | JURY REQUESTED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff Carlos Rodriguez and Defendants Gurdeep Singh and 7013990 Canada, Inc. d/b/a Trans 99 Logistics and file this Joint Stipulation of Dismissal With Prejudice pursuant to FED. R. CIV. P. 41(a)(2). Plaintiff informs the Court that he no longer desires to prosecute his claims and causes of action against Defendants Gurdeep Singh and 7013990 Canada, Inc. d/b/a Trans 99 Logistics.

WHEREFORE, Plaintiff Carlos Rodriguez hereby asks this Court to dismiss all of his claims and causes of action in all capacities against Defendants Gurdeep Singh and 7013990 Canada, Inc. d/b/a Trans 99 Logistics, with prejudice, with costs to be borne by the party incurring same.

Respectfully submitted,

/s/ Jorge A. Green
Jorge A. Green
Texas Bar No. 24038023
Email: jorge@thegreenlawfirm.com
Leticia Garza
Texas Bar No. 24092405
Email: lety@thegreenlawfirm.com

OF COUNSEL:

THE GREEN LAW FIRM, PC
34 S. Coria Street
Brownsville, Texas 78520
956-542-7000
Fax 956-542-7026

ATTORNEYS FOR PLAINTIFF

_____
Norton A. Colvin, Jr.
Attorney-in-Charge
Texas Bar No. 04632100
Southern District Admissions No. 1941
Email: na.colvin@rcclaw.com
Marjory C. Batsell
Texas Bar No. 04631400
Southern District Admissions No. 3983
Email: mc.batsell@rcclaw.com

OF COUNSEL:

COLVIN, SAENZ, RODRIGUEZ & KENNAMER, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
956-542-7441
Fax 956-541-2170

ATTORNEYS FOR DEFENDANTS
GURDEEP SINGH AND 7013990 CANADA,
INC. D/B/A TRANS 99 LOGISTICS