**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **CARLOS RODRIGUEZ,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:21-CV-00143** |
| § | |
| **GURDEEP SINGH,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff Carlos Rodriguez and Defendants Gurdeep Singh and 7013990 Canada, Inc. d/b/a Trans 99 Logistics filed a Stipulation of Dismissal with Prejudice (Dkt. 6). The Stipulation (Dkt. 6), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1.) Accordingly, the case is hereby DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this February 28, 2022.

Diana Saldaña
United States District Judge